**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KEN W. SANTOS HERNANDEZ,** | : | |
|     **Petitioner,** | : | |
| | : | |
|       **v.** | : | **CIVIL ACTION NO. 25-3612** |
| | : | |
| **HOWARD HOLLAND,** *et al.,* | : | |
|     **Respondents.** | : | |

**ORDER**

**AND NOW,** this 12th day of March 2026, upon review of the Petition for Writ of Habeas Corpus, the Commonwealth's Answer, the other documents filed by the parties, and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, and after noting Petitioner's failure to object to the Report and Recommendation, it is hereby **ORDERED** as follows:

    1. The Report and Recommendation is **APPROVED** and **ADOPTED.**

    2. The Petition for Writ of Habeas Corpus is **DISMISSED**.

    3. Petitioner has neither shown a denial of a constitutional right, nor established that reasonable jurists would disagree with this court's disposition of his claims. Consequently, there is no probable cause to issue a certificate of appealability.

    4. Petitioner's Motion for Stay and Abeyance (ECF No. 16) is **DENIED**.[1]

    5. The Clerk shall **CLOSE** this case.

                       **BY THE COURT:**

                       */s/ Catherine Henry*

                       **CATHERINE HENRY, J.**

---

[1] The Response indicates that Petitioner pled guilty on June 5, 2025, and filed a notice of appeal on June 20, 2025. His direct appeal is pending in the Pennsylvania Superior Court. Hence, there is no timeliness reason to stay this case.